O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR11-895-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ) | SUPERVISED RELEASE AND |
| GIOVANNI GONZALEZ, ) | JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On April 6, 2017 and May 8, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 15, 2017. Government counsel, Miguel Espinoza, the defendant and his appointed Deputy Federal Public Defender attorney, Lisa Labarre, were present. The U.S. Probation Officer, Jane Alcala, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on May 15, 2017. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on May 29, 2012.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of three (3) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of thirty-one (31) months, under the same terms and conditions previously imposed, with the added special condition:

///

- The defendant shall be released from the custody of the BOP directly to a representative of an approved residential substance treatment program or the Probation Officer, for the purpose of being transported and admitted into the residential substance abuse treatment program;
- the offender shall reside at, participate in and successfully complete a residential substance abuse treatment and counseling program approved by the U.S. Probation Office, that includes testing to determine whether the offender has reverted to the use of drugs or alcohol; and the offender shall observe the rules of that facility;
- The offender shall not associate with anyone known to him to be a member of the Surenos Lennox Gang and others known to him to be participants in the Surenos Lennox Gang's criminal activities, with the exception of his family members. He may not wear, display, use or possess any gang insignias, emblems, badges, buttons, caps, hats, jackets, shoes, or any other clothing that offender knows evidence affiliation with the Surenos Lennox Gang, and may not display any signs or gestures that offender knows evidence affiliation with the Surenos Lennox Gang; and
- As directed by the Probation Officer, the offender shall not be present in any area known to him to be a location where members of the Surenos Lennox Gang meet and/or assemble.

If the Probation Officer is able to find a bed earlier, counsel shall jointly submit a Proposed Order to the Court, releasing the defendant from the custody of the Bureau of Prisons, directly to a representative of that residential substance abuse treatment program or the Probation Officer, for the purpose of being transported and admitted into that residential substance abuse treatment program.

///
///
///
///

2

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   May 22, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: \_\_\_/S/_____
      Catherine M. Jeang, Deputy Clerk