O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GIOVANNI GONZALEZ,

Defendant.

_____

CASE NO. CR11-895-CAS - 1

**\* AMENDED** FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT

On January 25, 2018, this matter came before the Court on Petition on Probation and Supervised Release originally filed on August 11, 2017.  Government counsel, Lauren Restrepo, the defendant and his appointed Deputy Federal Public Defender attorney, Lisa Labarre, were present.  The U.S. Probation Officer, Natasha Mingo, was also present.

The defendant admitted  to the allegations, in violation of his supervised release, as stated in the Petition filed on August 11, 2017.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on May 29, 2012 and May 8, 2017.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked.

The defendant is hereby committed to the custody of the Bureau of Prisons for a term of five (5) months.  Upon release from imprisonment, defendant shall be placed on

///

supervised release for a period of thirty-one (31) months, under the same terms and conditions previously imposed, with the following added special conditions:

• **\*[DELETED]**

• The defendant shall reside at, participate in and successfully complete a residential substance abuse treatment and counseling program approved by the U.S. Probation Office, that includes testing to determine whether the defendant has reverted to the use of drugs or alcohol; and the defendant shall observe the rules of that facility.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     April 11, 2018

*Christina A. Snyder*

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
     Catherine M. Jeang,  Deputy Clerk

2